JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRADLEY DAVID McGRATH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:13-cr-055 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING CASE |
| v. | ) ) | Date:  March 28, 2013 |
| BRADLEY DAVID McGRATH, | ) ) | Time:  9:00 a.m. Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael McCoy, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's March 28, 2013 calendar, and that it be continued until April 11, 2013, at 9:00 a.m. for status conference.

This stipulation seeks a continuance of the first scheduled appearance of Mr. McGrath before the District Court.  Counsel have conferred about the pace of current preparation and about the possibility that this case may settle in the near future.  Counsel are optimistic that an agreed upon settlement might be reached by April 11, 2013.

IT IS FURTHER STIPULATED that the interests of justice served by permitting this continuance for the above stated purposes outweigh the interests of the public and of Mr. Taylor in a speedy trial and that time for trial under the Speedy Trial Act should be excluded between the filing of this stipulation and April 11, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: March 26, 2013          /s/ *Michael D. McCoy*
                               MICHAEL D. McCOY
                               Assistant United States Attorney
                               Counsel for Plaintiff


Dated: March 26, 2013          /s/ *Jeffrey L. Staniels*
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               BRADLEY DAVID McGRATH


**O R D E R**

The above stipulation is accepted. This case is therefore continued from March 28, 2013, until April 11, 2013, at 9:00 a.m. on this court's criminal calendar.

**IT IS SO ORDERED.**

Date: March 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE