JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRADLEY DAVID McGRATH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:13-cr-055 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING CASE |
| v. | ) | |
| | ) | Date:  April 11, 2013 |
| BRADLEY DAVID McGRATH, | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael McCoy, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's April 11, 2013 calendar, and that it be continued until May 9, 2013, at 9:00 a.m. for status conference.

This stipulation seeks a continuance of the second scheduled appearance of Mr. McGrath before the District Court.  Counsel have conferred about the pace of current preparation and about the possibility that this case may settle in the near future.  Counsel are optimistic that an agreed upon settlement might be reached by May 9, 2013.

IT IS FURTHER STIPULATED that the interests of justice served by permitting this continuance for the above stated purposes outweigh the interests of the public and of Mr. Taylor in a speedy trial and that

1 time for trial under the Speedy Trial Act should be excluded between
2 the filing of this stipulation and May 9, 2013, pursuant to 18 U.S.C. §
3 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: April 9, 2013          /s/ *Michael D. McCoy*
                              MICHAEL D. McCOY
                              Assistant United States Attorney
                              Counsel for Plaintiff


Dated: April 9, 2013          /s/ *Jeffrey L. Staniels*
                              Jeffrey L. Staniels
                              Assistant Federal Defender
                              Counsel for Defendant
                              BRADLEY DAVID McGRATH

# O R D E R

The above stipulation is accepted.  This case is therefore continued from April 11, 2013, until May 9, 2013, at 9:00 a.m. on this court's criminal calendar.  Based on the information provided above the court finds that the interests of justice served by permitting this continuance outweigh the interests of the public and of Mr. McGrath in a speedy trial. Time for trial under the Speedy Trial Act is therefore excluded between the filing of this stipulation and May 9, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

Date:  April 11, 2013

                              _____
                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
                              UNITED STATES DISTRICT JUDGE

2