Tim A. Pori (SBN 189270)
John F. Baumgardner (SBN 275674)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA  94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

Attorneys for Defendant BRADLEY MCGRATH

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-00055-MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL; FINDINGS AND ORDER |
| vs. | ) | |
| BRADLEY MCGRATH, | ) | |
| Defendants. | ) | |

Plaintiff United States of America, by and through its counsel of record, and defendants BRADLEY MCGRATH, by and through his counsel of record, hereby stipulate as follows:

1) By previous order, this matter was set for status on April 3, 2014, at 9:00 a.m.

2) By this stipulation, defendant now moves to continue the status conference until May 8, 2014, at 9:00 a.m. and to exclude time between April 3, 2014, and May 8, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3) The parties agree and stipulate, and request that the Court find the following:

a) The Government has represented that the discovery associated with this case includes, to date, 50 pages of investigative reports and related documents in electronic form.  All of

his discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for the defendant desires additional time to consult with his respective client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, and to discuss potential resolutions with his respective clients.

c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The Government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 3, 2014, and May 8, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: April 1, 2014 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LAW OFFICES OF TIM A. PORI


　　　　　　　　　　　　　　　　　　/s/ Tim A. Pori _____
　　　　　　　　　　　　　　　　　　TIM A. PORI
　　　　　　　　　　　　　　　　　　Attorney for Defendant MCGRATH


DATED: April 1, 2014

　　　　　　　　　　　　　　　　　　/s/ Michael D. McCoy (Authorized 3/28/2014)_
　　　　　　　　　　　　　　　　　　MICHAEL D. MCCOY
　　　　　　　　　　　　　　　　　　Assistant United States Attorney



**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  April 2, 2014

　　　　　　　　　　　　_____
　　　　　　　　　　　　MORRISON C. ENGLAND, JR., CHIEF JUDGE
　　　　　　　　　　　　UNITED STATES DISTRICT COURT