McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY DAVID MCGRATH<br><br>Defendant. | CASE NO. 2:13-CR-00055-MCE<br><br>STIPULATION REGARDING CONTINUANCE OF TSR ADMIT/DENY HEARING<br><br>DATE: June 6, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Admit/Deny hearing on June 6, 2019.

2. Since that date, under the supervision of Probation Officer Sara Gnewikow, the offender has entered an inpatient treatment program

3. As further successful participation in the inpatient treatment center may affect the ultimate disposition of this case, the Probation Officer and the offender now seek to continue the currently scheduled Admit/Deny Hearing to August 22, 2019. The United States does not object to this request.

4. By this stipulation, defendant now moves to continue the Admit/Deny Hearing until August 22, 2019.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

5. The parties agree and stipulate, and request that the Court find the following:

    a) Probation Officer Sara Gnewikow has placed the offender into an inpatient treatment program.

    b) Counsel for defendant desires additional time to allow the defendant to continue performing successfully in the program.

    c) The government does not object to the continuance.

    d) There are no Speedy Trial Act Requirements as this is a violation of the Terms of Supervised Release

IT IS SO STIPULATED.

Dated: May 30, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ MICHAEL W. REDDING
MICHAEL W. REDDING
Assistant United States Attorney

Dated: May 30, 2019

/s/ Timothy Zindel
Timothy Zindel
Counsel for Defendant
Bradley David McGrath

## ORDER

IT IS SO ORDERED.

Dated: June 4, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE